# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RONALD JERMAINE JACKSON, | Case No. 21-CV-369 (NEB/KMM) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| U.S. MARSHALS and JOEL L. BROTT, | |
| Respondents. | |

The Court has received the March 17, 2021 Report and Recommendation of United States Magistrate Judge Katherine M. Menendez. (ECF No. 5.) No party has objected to that Report and Recommendation, so the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 5) is ACCEPTED;

2. Petitioner Ronald Jermaine Jackson's petition for a writ of habeas corpus (ECF No. 1) is DENIED; and

3. The case is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 27, 2021          BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge